United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORREST JONES, et al.,

    Plaintiffs,

v.

RALPH DIAZ, et al.,

    Defendants.

Case No. 4:19-cv-07814-JSW

**CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS**

Re: Dkt. No. 18

YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Dismiss, noticed on May 1, 2020 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated. A written ruling shall issue.

Dated: March 25, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541