UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORREST JONES, et al.,

    Plaintiffs,

v.

RALPH DIAZ, et al.,

    Defendants.

Case No. 19-cv-07814-JSW

**JUDGMENT**

For the reasons explained in the Order granting Defendants' motion to dismiss, the Court HEREBY ENTERS JUDGMENT for Defendants and against Plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 30, 2020

_____
JEFFREY S. WHITE
United States District Judge